UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RHESHAD MIDDLETON *on behalf of himself and*
*all others similarly situated*,

                    Plaintiff,

         -against-

THE PICKLE GUYS, INC.; DILLERS, INC.;
ALAN KAUFMAN; MICHAEL CHU *also known
as* MIKE CHU; WILLIAM SOO *also known as*
WILLIAM SUE,

                    Defendants.

------------------------------------- x

ORDER

19 Civ. 9830 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: February 4, 2020
       New York, New York

                                           SO ORDERED.

                                           GEORGE B. DANIELS
                                           United States District Judge