**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

RHESHAD MIDDLETON *on behalf of himself and all others similarly situated*,

                    Plaintiff,

      -against-

THE PICKLE GUYS, INC.; DILLERS, INC.; ALAN KAUFMAN; MICHAEL CHU *also known as* MIKE CHU; WILLIAM SOO *also known as* WILLIAM SUE,

                    Defendants.

------------------------------------- x

ORDER

19 Civ. 9830 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties report that this case has settled. Plaintiff shall move for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than March 30, 2020. All conferences previously scheduled are adjourned *sine die*.

The order directing the Clerk of Court to close the above-captioned action, (ECF No. 17), is hereby vacated.

Dated: February 27, 2020
      New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge