305 Broadway, Suite 1000
New York, NY 10007
Telephone: (212) 203-5231
Facsimile:  (212) 203-5237

*Knowledge, Focus, Expertise*

**HENG WANG &
ASSOCIATES P.C.**

March 5, 2020

<u>VIA ECF</u>
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Joint Letter Motion Requesting Court Approval of Settlement Agreement
      *Middleton v. Alan Kaufman, et al., 19-cv-09830(S.D.N.Y.)*

Dear Judge George B. Daniels:

In further support of the parties' application for settlement approval, attached please find the WestLaw's QuickView+ report showing the Plaintiffs' WestLaw legal research costs relevant to this matter.

Respectfully Submitted,

Heng Wang & Associates, PC.
*Attorneys for Plaintiff*

/s/ Heng Wang
By Heng Wang, Esq.
305 Broadway Suite 1000
New York, NY 10007

# EXHIBIT A

**Account:** HENG WANG & ASSOC PC, METUCHEN NJ (1004576704)
**Date Range:** October 01, 2019 - October 31, 2019
**Report Format:** Summary-Account by Client by User by Day **(Targeted)**
**Products:** Westlaw, Westlaw Retired
**Content Families:** All Content Families

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1004576704** | | | | | | | | |
| Client RHESHAD MIDDLETON | | | | | | | | |
| User Name HENG,WANG (11827996) | | | | | | | | |
| Day 10/10/2019 | | | | | | | | |
| Totals for Included | | | | | | 50.55 USD | 3.47 USD | 54.02 USD |
| Totals for Day 10/10/2019 | | | | | | 50.55 USD | 3.47 USD | 54.02 USD |
| Totals for User Name HENG,WANG (11827996) | | | | | | 50.55 USD | 3.47 USD | 54.02 USD |
| Totals for Client RHESHAD MIDDLETON | | | | | | 50.55 USD | 3.47 USD | 54.02 USD |

**Account:** HENG WANG & ASSOC PC, METUCHEN NJ (1004576704)
**Date Range:** November 01, 2019 - November 30, 2019
**Report Format:** Summary-Account by Client by User by Day
**Products:** Westlaw, Westlaw Retired
**Content Families:** All Content Families

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1004576704** | | | | | | | | |
| Client MIDDLETON | | | | | | | | |
| User Name HENG,WANG (11827996) | | | | | | | | |
| Day 11/19/2019 | | | | | | | | |
| Totals for Included | | | | | | 12.24 USD | 0.81 USD | 13.05 USD |
| Totals for Day 11/19/2019 | | | | | | 12.24 USD | 0.81 USD | 13.05 USD |
| Totals for User Name HENG,WANG (11827996) | | | | | | 12.24 USD | 0.81 USD | 13.05 USD |
| Totals for Client MIDDLETON | | | | | | 12.24 USD | 0.81 USD | 13.05 USD |
| Client RHESHAD MIDDLETON | | | | | | | | |
| User Name HENG,WANG (11827996) | | | | | | | | |
| Day 11/28/2019 | | | | | | | | |
| Totals for Included | | | | | | 59.51 USD | 3.94 USD | 63.46 USD |
| Totals for Day 11/28/2019 | | | | | | 59.51 USD | 3.94 USD | 63.46 USD |
| Totals for User Name HENG,WANG (11827996) | | | | | | 59.51 USD | 3.94 USD | 63.46 USD |
| Totals for Client RHESHAD MIDDLETON | | | | | | 59.51 USD | 3.94 USD | 63.46 USD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Account:** | HENG WANG & ASSOC PC, METUCHEN NJ (1004576704) | | | | | | | |
| **Date Range:** | December 01, 2019 - December 31, 2019 | | | | | | | |
| **Report Format:** | Summary-Account by Client by User by Day | | | | | | | |
| **Products:** | Westlaw, Westlaw Retired | | | | | | | |
| **Content Families:** | All Content Families | | | | | | | |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: **1004576704** | | | | | | | | |
| Client RHESHAD MIDDLETON | | | | | | | | |
| User Name (11827996) | | | | | | | | |
| Day 12/10/2019 | | | | | | | | |
| Totals for Included | | | | | | 119.59 USD | 7.93 USD | 127.52 USD |
| Totals for Day 12/10/2019 | | | | | | 119.59 USD | 7.93 USD | 127.52 USD |
| Day 12/11/2019 | | | | | | | | |
| Totals for Included | | | | | | 175.72 USD | 11.64 USD | 187.36 USD |
| Totals for Day 12/11/2019 | | | | | | 175.72 USD | 11.64 USD | 187.36 USD |