UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RHESHAD MIDDLETON, *individually and on behalf of all other persons similarly situated*,

                                Plaintiff,

-against-

THE PICKLE GUYS, INC.; DILLERS, INC.; ALAN KAUFMAN; MICHAEL CHU *a/k/a* MIKE CHU; WILLIAM SOO *a/k/a* WILLIAM SUE,

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER APPROVING FLSA SETTLEMENT

19 Civ. 9830 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 19.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment in the amount of $50,000.00 is approved; and

2. The distributions of $29,334.49 to Plaintiff and $20,665.51 for attorneys' fees and expenses to Plaintiff's attorneys are approved.

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
        September 10, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge